IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES PORTIVENT,<br><br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 5:21-CR- 14<br><br>VIOLATIONS:<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 506 (a)(3) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about December 19, 2020, in the Macon Division of the Middle District of Georgia,

**CHARLES PORTIVENT,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Black DTI-15 5.56mm rifle, serial number DTI-S214446, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO
### (POSSESSION OF A COUNTERFEIT SEAL OF AN AGENCY
### OF THE UNITED STATES)

That on or about December 19, 2020, in the Macon Division of the Middle District of Georgia,

**CHARLES PORTIVENT**

with fraudulent intent, knowingly possessed a fraudulently made, forged and counterfeited seal of an agency of the United States and facsimile thereof, namely a "United States Deputy Marshal" badge purportedly issued by the United States Marshal Service (USMS), with a purported USMS seal, knowing that the USMS seal had been falsely made, forged and counterfeited; all in violation of Title 18, United States Code, Section 506(a)(3).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented By:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13 day of April, AD 2021.

Deputy Clerk

3