IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-14 (MTT) |
| | ) |
| CHARLES PORTIVENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term.  Doc. 32.  Defendant was indicted on April 13, 2021 and had his arraignment in this Court on June 22, 2021.  Docs. 1; 9.  One prior continuance has been granted.  Doc. 23.  The parties now move the Court to continue this case to the next trial term to allow additional time for the defendant and his counsel to review discovery and explore the defendant's mental issues before moving forward.  Doc. 32 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 32) is **GRANTED**.  The case is continued from the September term until the Court's trial term presently scheduled for **November 15, 2021**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 27th day of August, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT