**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 5:21-CR-14-001 (MTT) |
| **CHARLES PORTIVENT** | |

### ORDER

On June 25, 2021, the defendant appeared for initial appearance proceedings and was ordered released on a $10,000 unsecured bond. He was placed on pretrial supervision and was subjected to conditions of release as outlined in the Order of Release (Doc. 17). On August 13, 2021, the defendant's conditions of release were modified to include a condition that he participate in a Location Monitoring Program. That condition was suspended on November 8, 2021, as the defendant was ordered to participate and complete an inpatient treatment program.

As the defendant completed inpatient treatment and sentencing is pending, it is hereby **ORDERED** that the defendant be **REINSTATED** on Location Monitoring as directed by the pretrial services office to include a location restriction of Home Confinement. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial supervision officer. The defendant shall pay all or part of the cost of the program based upon his ability to pay as determined by the pretrial services office or supervising officer.

**SO ORDERED** this 14th day of July, 2023.



S/ Marc T. Treadwell

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE